**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JARRARD GILBERT** **PLAINTIFF**

**v.** **No. 4:24-cv-1066-DPM**

**UNION PACIFIC**
**RAILROAD COMPANY** **DEFENDANT**

**ORDER**

The parties have a late-filed discovery dispute.

It appears that Gilbert and Union Pacific met and conferred over e-mail on some topics (but not all), over the phone on some topics (but not all), and in person on some topics (but not all). *Doc. 28-3 at 1, Doc. 29 at 9, & Doc. 29-1 at 1*. And Union Pacific has also supplemented some of the responses that Gilbert says are inadequate. *Doc. 29 at 7*. The Court requests a do-over. After Gilbert reviews Union Pacific's supplemental responses, the parties must meet and confer *in person* to go over all their discovery issues before bringing their dispute to the Court. *Doc. 16 at 3*. For good cause, the Court reopens and extends discovery to 5 October 2026. Fed. R. Civ. P. 16(b)(4). Joint report, *Doc. 28*, resolved.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 August 2026