**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JARRARD GILBERT** **PLAINTIFF**

**v.** **No. 4:24-cv-1066-DPM**

**UNION PACIFIC**
**RAILROAD COMPANY** **DEFENDANT**

**ORDER**

Opposed motion, *Doc. 31*, granted for good cause. Gilbert has been diligent, and approximately two more months of discovery doesn't create real prejudice. The new deadline is consistent, in fact, with the Court's original discovery cut-off. The Court will address arguments for summary judgment in due course. *Doc. 16 at 2.* Discovery extended to 4 January 2027.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

3 November 2026